FILED'10 NOV 30 15:54USDC-ORP

DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 130
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

Sally Graham

        Plaintiff,              Civil No. 09-cv-1144-MO

vs.

Commissioner of Social Security     ORDER GRANTING AWARD
        Defendant.                   OF EAJA FEES, EXPENSES AND
                                                    COSTS

ORDER

      Based upon the plaintiff's Petition, the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412, the assignment of EAJA fees to plaintiff's attorney by plaintiff, as discussed in Astrue v. Ratliff, __ U.S. __ (2010), it is hereby ordered that EAJA attorney's fees of $4,876.58 and expenses of $3.56 and costs of $10.70, shall be paid to the plaintiff, and mailed to the attorney's office.

Done this 30 day of Nov, 2010.

_____
Judge

Presented by:

s/ DAVID B. LOWRY
David B. Lowry, OSB 73772
Attorney for Plaintiff
9900 SW Greenburg Rd, Ste 130, Portland OR 97223